**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ABELARDO CARILLO-CASTANEDA,

Plaintiff,

vs. No. 1:26-cv-00657-DHU-JMR

UNITED STATES OF AMERICA,

Defendant.

**ORDER ADOPTING THE MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on September 2, 2026. *See* Doc. 18. The PFRD notified the parties of their ability to file objections within fourteen days, and that failure to do so waived appellate review. *Id*. at 4-5. Since the PFRD was filed neither party has filed objections.

Pursuant to FED. R. CIV. P. 72(b), the Court has conducted a de novo review of the record and all parts of the Magistrate Judge's PFRD. After conducting this de novo review, and having thoroughly considered the Magistrate Judge's PFRD, the Court finds no reason either in law or fact to depart from the Magistrate Judge's recommended disposition.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 18) is ADOPTED;
2. Defendant's Motion to Dismiss (Doc. 10) is GRANTED; and
3. The case is DISMISSED WITHOUT PREJUDICE.

HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE